Dismissed and Memorandum Opinion filed December 31, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00486-CV

____________

 

CHARLES ROBERT JONES, Appellant

 

V.

 

JENNIFER LEIGH JONES, Appellee

 



 

On Appeal from the
310th District Court

Harris County,
Texas

Trial Court Cause
No. 2002-03411

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 14, 2009.  On December 21, 2009, appellant
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Panel consists of Justices Frost, Boyce, and Sullivan.